BEFORE THE FIRST DIVISION, JUNE 30, 1948

No. 52422.—Continental Merchandise Corp. *v.* United States, protest 1877–K (New York).

Opinion by OLIVER, P. J.   The record established that the merchandise as imported was in bonded warehouse and that the case numbers 2196 to 2206, inclusive, and case number 2209, were withdrawn from warehouse on March 16, 1939, prior to April 22, 1939, the date of expiration of T. D. 49458.   Upon the record presented it was held that the merchandise contained in the ten cases above referred to is dutiable at 50 percent under paragraph 218 (f), as claimed.

No. 52423.—Air Clearance Association, Inc. *v.* United States, protest 136567–K (New York).

Opinion by COLE, J.   It was stipulated that the merchandise in question is the same in all material respects as the estrogenic hormone passed upon in *Roche-Organon* v. *United States* (35 C. C. P. A. 99, C. A. D. 378).   The claim at 10 percent under paragraph 34 was therefore sustained.

BEFORE THE SECOND DIVISION, JUNE 30, 1948

No. 52424.—Brown Durrell Co. *v.* United States, protests 488122–G, etc. (Boston).

Opinion by LAWRENCE, J.   It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).   The claim of the plaintiff was therefore sustained.